IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-379-BO

| | | |
|---|---|---|
| K-BEECH, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JOHN DOE 22, | ) | |
|     Defendant. | ) | |

This matter is before the Court on John Doe's "Motion to Quash or Modify Subpoena, Motion to Dismiss" [DE 11] and John Doe's "Motion to Quash, Motion to Dismiss" [DE 16].

In light of the many John Doe parties that have been voluntarily dismissed in this case, it is unclear whether the instant motions were filed by Defendants that remain in the case or by Defendants that have been dismissed since the time of filing. Therefore, the instant Motions are DISMISSED WITHOUT PREJUDICE, with permission for Defendants to refile the Motions within 21 days of the date of service of this Order, if they remain in the case. Defendants are ORDERED, upon refiling, to provide their IP address in all motions to the Court, as a manner by which to identify which John Doe party has filed each motion.

Plaintiff is hereby ORDERED to serve, forthwith, a copy of this Order on all remaining Defendants and to file proof of service, under seal, to the Court.

SO ORDERED. This _8_ day of February, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE